An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

QUEST DIAGNOSTICS, INCORPORATED, A DELAWARE CORPORATION; QUEST DIAGNOSTICS, INC., A NEVADA CORPORATION; QUEST DIAGNOSTICS CLINCIAL LABORATORIES, INC., A DELAWARE CORPORATION; QUEST DIAGNOSTICS NICHOLS INSTITUTE, A CALIFORNIA CORPORATION; UNILAB CORPORATION, A DELAWARE CORPORATION; AND SPECIALTY LABORATORIES, INC., A CALIFORNIA CORPORATION,
Petitioners,
vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE BRENT T. ADAMS, DISTRICT JUDGE,
Respondents,
and
STATE OF NEVADA; HUNTER LABORATORIES, LLC; AND CHRIS RIEDEL,
Real Parties in Interest.

No. 64065

**FILED**

JUL 17 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER GRANTING MOTION TO DISMISS PETITION

Real parties in interest have filed a motion to dismiss this petition for a writ of mandamus, arguing that the parties have reached a settlement of the underlying district court action and that the district court dismissed the underlying action on June 17, 2014. Attached to the

14-23254

motion is a copy of a district court order dismissing the underlying district court action. Accordingly, we grant the motion and dismiss this petition.

It is so ORDERED.[1]

_____, C.J.

cc:    Hon. Brent T. Adams, District Judge
       Bailey Kennedy
       Ober Kaler
       Sidley Austin LLP
       Cotchett, Pitre & McCarthy
       Peter Chase Neumann
       Attorney General/Carson City
       Washoe District Court Clerk

[1]In light of this order, all other pending requests for relief are denied as moot. Accordingly, the clerk of this court shall return, unfiled, the following documents: real parties in interest's redacted answer, provisionally received on October 29, 2013, and petitioners' replies, provisionally received on November 13 and 14, 2013.